EARL GARMAN ET AL., APPELLEES, V. HUDSON INSURANCE COMPANY, APPELLANT.

FILED DECEMBER 5, 1930. No. 27453.

*Raymond & Fitzgerald* and *Frank P. Johnson,* for appellant.

*Morrow & Morrow, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiffs brought this action in the district court for Scotts Bluff county to recover on a policy of hail insurance covering growing sugar beets. From a judgment in favor of plaintiffs, defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.